Cite as 2024 Ark. 59

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS JUDGES AND LAWYERS ASSISTANCE PROGRAM COMMITTEE | **Opinion Delivered:** April 11, 2024 |

## PER CURIAM

Stark Ligon, Esq., is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lawyer member for a six-year term expiring April 11, 2030. He is replacing Professor Theresa M. Beiner, whose term has concluded.

R. Matthew Vandiver, Esq., is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lawyer member for a six-year term expiring April 11, 2030. He is replacing William "Bill" Arnold, whose term has concluded.

Tara V. DeJohn, PhD, LCSW, is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lay member for a six-year term expiring April 11, 2030. She is replacing Betty Carpenter, whose term has concluded.

The court extends its sincere appreciation to Mr. Ligon, Mr. Vandiver, and Dr. DeJohn for accepting their appointments to this important committee. The court also expresses its gratitude to Professor Beiner, Mr. Arnold, and Ms. Carpenter for their dedicated service to the committee.